USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

17 No. CR 0076

HOUSTON DIVISION

USAO Number: 2016R17080

Magistrate Number:

CRIMINAL INFORMATION          Filed

FEB 15 2017
2/14/2017
David J. Bradley, Clerk of Court

Judge: *Rosenthal*

UNITED STATES of AMERICA

vs.

ATTORNEYS:

| | | |
|---|---|---|
| KENNETH MAGIDSON, USA | (713) 567-9000 | |
| CHARLIE ESCHER, AUSA | (713) 567-9000 | |

| | Appt'd | Private |
|---|---|---|
| DANIEL BART THEDINGER | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Tax Evasion [26 USC § 7201]

PENALTY:   Ct. 1: Up to 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 s/a

☐ In Jail

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

## PROCEEDINGS: